UNITED STATES BANKRUPTCY COURT<br>
SOUTHERN DISTRICT OF TEXAS<br>
HOUSTON, DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | Chapter 7 |
| KEY ACCESS INSTITUTE, LLC, | § | |
| | § | Case No. 17-31568-H4-7 |
| Debtor. | § | |

<b>(Proposed) ORDER GRANTING VOLUNTARY DISMISSAL</b>

AND NOW, this _____ day of _____, 2017, the Court having found that the voluntary dismissal of this case is in the best interests of the Debtor and does not prejudice the rights of any of its creditors,

It is hereby ORDERED that the petition for voluntary dismissal is approved.

Date:   _____, 2017.

_____
U.S. Bankruptcy Judge